1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

10
11

| VICKY K. HAMILTON-WIDGER, | Civil  No.  C05-5233JKA |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant | |

12
13
14
15
16
17
18
19

      Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

20
case be reversed and remanded for further administrative proceedings, including the following:

21
the administrative law judge (ALJ) will re-evaluate all medical source opinions; re-evaluate

22
Plaintiff's credibility and lay witness testimony; evaluate the additional evidence submitted after

23
the ALJ's decision regarding knee surgery in June 2004, and; re-evaluate Plaintiff's residual

24
functional capacity and obtain vocational expert evidence regarding the jobs she can perform

25
with all her physical and mental limitations.  Upon remand, the ALJ will not disturb the finding

26
27
28

ORDER - [C05-5233JKA]

of disability beginning March 31, 2004, which was based on Plaintiff's application filed

subsequent to this claim.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper

presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28

U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 27th day of March, 2006.


*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:


s/ Thomas M. Elsberry
Thomas M. Elsberry   WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2          ORDER - [C05-5233JKA]