# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

VICKY HAMILTON-WIDGER,

          Plaintiff,

   v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

          Defendant.

**Case No.** C05-5233-JKA

ORDER AWARDING COSTS,
ATTORNEYS FEES AND EXPENSES

THIS MATTER comes before the court on plaintiff's motion for attorneys fees. The court has reviewed the petition and supporting declaration as well as the response filed by defendant, as well as the files and records herein.

The court, being fully advised in the premises hereby orders, adjudges, and decrees as follows:

1. Petitioner is awarded $4,695.68 attorney's fees pursuant to the Equal access to Justice Act, 28 U.S.C. 2412.

2. Petitioner is hereby awarded costs and expenses in the sum of $30.15.

Dated this 5th day of June 2006.

       */s/ J. Kelley Arnold*
       J. Kelley Arnold, United States Magistrate Judge