# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKY HAMILTON-WIDGER<br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B BARNHART,<br>　　　　　Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C05-5233JKA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Petitioner is awarded $4,695.68 for attorney's fees and $30.15 for costs and expenses.**

June 7, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk